# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 1, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

138460

SUSAN TKACHIK, Personal Representative of
the Estate of JANET ELAINE MANDEVILLE,
       Plaintiff-Appellant,

v

                                           SC: 138460
                                           COA: 280879
                                           Macomb Probate Court:
                                           03-178658-CZ

FRANK MANDEVILLE, JR.,
       Defendant-Appellee.

_____/

      On order of the Court, the application for leave to appeal the February 5, 2009 judgment of the Court of Appeals is considered, and it is GRANTED. The parties shall include among the issues to be briefed whether, when a husband has abandoned his wife for the year and a half preceding her death, and the wife alone has made mortgage, tax, and insurance payments on property held as tenants by the entirety, the wife (or her estate) may receive contribution for the husband's share of these payments.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 1, 2009                                    _____
s0901                                                  Clerk